IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE R. PATE,

      Appellant,

v.                                  Case No.  5D16-1405

BRANDY L. PATE,

      Appellee.

_____/

Opinion filed July 14, 2017

Appeal from the Circuit Court
for Volusia County,
Karen Adams Foxman, Judge.

Dale R. Pate, Graceville, pro se.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED without prejudice to Appellant seeking relief pursuant to his sixth

motion for contempt.

COHEN, C.J., PALMER and ORFINGER, JJ., concur.